IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CORY CHARLES ROBERSON and KARLENA DIANE GRANT, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. _____ |
| v. | ) ) ) | |
| SALVATORE MICHAEL VOLKES; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; and RED ROCK RISK RETENTION GROUP, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

COME NOW defendants and, pursuant to 28 U.S.C. §§ 1441 and 1446, file this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On March 22, 2022, plaintiffs filed a complaint in the State Court of Bryan County, Georgia Civil Action No. STSV2022000051, which county is within the Savannah Division of the Southern District of Georgia.

2.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A. Defendants have no knowledge of any other process, pleadings, or orders served in connection with this action, other than those attached hereto.

3.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

4.

There is complete diversity among the parties.

5.

Plaintiffs are citizens of the State of Georgia. (Compl., ¶¶ 1-2.)

6.

Defendant Swift Transportation Company of Arizona, LLC. ("Swift") is a Delaware limited liability company with its principal place of business in Arizona. (Compl., ¶4.) Swift's sole member is Swift Transportation Company, LLC., a Delaware limited liability company with its principal place of business in Arizona. Swift Transportation Company, LLC's sole member is Knight-Swift Transportation Holdings, Inc., a Delaware corporation with its principal place of business in

Arizona. Accordingly, Swift is a citizen of Delaware and Arizona for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

7.

Defendant Salvatore Michael Volkes is a citizen of South Carolina. (Compl. ¶ 3.)

8.

Red Rock Risk Retention Group, Inc.[1] is a corporation existing under the laws of Arizona with its principal place of business in Arizona. (Amended Compl. ¶ 5.) Accordingly, it is a citizen of Arizona for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

9.

Defendants make a plausible allegation that plaintiffs seek recovery in an amount in excess of $75,000, exclusive of interest and costs. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 555 (2014). Specifically, plaintiffs seek "substantial past and future medical expenses" and physical and mental pain and suffering. (Compl. ¶34 and Prayer for Relief.) Plaintiffs' counsel has confirmed that he anticipates damages in this case will exceed $75,000 and that he will not seek to

---

[1] Red Rock Risk Retention Group, Inc. is an improper party.

remand this case to state court. (*See* 4.29.2022 emails by and between counsel; a true and correct copy is attached as Exhibit B.)

10.

The undersigned has read this notice of removal and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Southern District of Georgia, Savannah Division, and no further proceedings shall be held in said case in the State Court of Bryan County.

STONE KALFUS LLP

*/s/ Matthew P. Stone*
Matthew P. Stone
Georgia Bar No. 684513
matt.stone@stonekalfus.com
Shawn N. Kalfus
Georgia Bar No. 406227
shawn.kalfus@stonekalfus.com
Sheetal M. Brahmbhatt
Georgia Bar No. 142065
sheetal.brahmbhatt@stonekalfus.com
Attorneys for Defendants

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing *NOTICE OF REMOVAL* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

>Brent J. Savage, Esq.
>Savage, Turner, Pinckney & Savage
>102 East Liberty Street, 8th Floor
>Savannah, GA 31401

This 29th day of April, 2022.

>*/s/ Matthew P. Stone*
>Matthew P. Stone
>Georgia Bar No. 684513

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)