IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CORY CHARLES ROBERSON and )
KARLENA DIANE GRANT, )
)
    Plaintiffs, )
)
v. ) CASE NO. CV422-115
)
SALVATORE MICHAEL VOLKES; )
SWIFT TRANSPORTATION CO. OF )
ARIZONA, LLC; and RED ROCK )
RISK RETENTION GROUP, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice.[1] (Doc. 38.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all Plaintiffs and Defendants have signed the stipulation of dismissal, Plaintiffs' request (Doc. 38) is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of February 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties' previous stipulations of dismissal were not signed by all parties. Those stipulations are **DISMISSED AS MOOT**. (Docs. 35, 37.)